Cite as 2019 Ark. 303

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS SUPREME COURT COMMISSION ON CHILDREN, YOUTH, AND FAMILIES | **Opinion Delivered:** October 24, 2019 |

**PER CURIAM**

The Arkansas Supreme Court hereby appoints Senator Missy Thomas Irvin to the Arkansas Supreme Court Commission on Children, Youth, and Families for a three-year term to expire on December 31, 2022. The Court thanks Senator Irvin for her willingness to serve on this important commission.